# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN DEMETRIUS JACKSON,<br><br>　　　　　　　　　Petitioner,<br><br>vs.<br><br>JEFFREY BEARD, Secretary,<br><br>　　　　　　　　　Respondent. | Civil No.　12cv2479-BEN (BGS)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENTS** |

On October 11, 2012, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, naming "P. D. Brazelton," the Warden of the institution where Petitioner was confined, and "Kamala Harris," the California Attorney General, as Respondents. Petitioner has now submitted a Notice of change of address indicating that he has been transferred to another prison. Because Petitioner's custodian has changed, the Warden of the institution where Petitioner was previously housed is no longer a proper Respondent.

A writ of habeas corpus acts upon the custodian of the state prisoner. See 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254.  In order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Jeffrey Beard, Secretary of the California

1  Department of Corrections and Rehabilitation, as Respondent in place of "P. D.
2  Brazelton." See <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir. 1996) (stating that
3  the respondent in § 2254 proceedings may be the chief officer in charge of state penal
4  institutions).

5  Additionally, Kamala Harris, the Attorney General of the State of California, is not
6  a proper respondent in this action. Rule 2 of the Rules following § 2254 provides that
7  the state officer having custody of the petitioner shall be named as respondent. Rule
8  2(a), 28 U.S.C. foll. § 2254. However, "[i]f the petitioner is not yet in custody – but may
9  be subject to future custody – under the state-court judgment being contested, the
10 petition must name as respondents both the officer who has current custody and the
11 attorney general of the state where the judgement was entered." Rule 2 (b), 28 U.S.C.
12 foll. § 2254. Here, there is no basis for Petitioner to have named the Attorney General
13 as a respondent in this action

14 The Clerk of the Court shall modify the docket to reflect "Jeffrey Beard,
15 Secretary" as Respondent in place of "P. D. Brazelton" and "Kamala Harris."

16 **IT IS SO ORDERED.**

18 DATED: June 26, 2013

20 Hon. Bernard G. Skomal
   U.S. Magistrate Judge
21 United States District Court

25 CC:     ALL PARTIES